UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT ELIADES & YOUNGMAN LLC
80 Route 4 East, Suite 290
Paramus, NJ  07652
(201) 845-1000
Attorneys for Movant Alternate Capital, LLC
Joseph M. Cerra (JC-0903)

In Re:

HECTOR F. ACEBEDO,

                Debtor.

FILED
JAMES J. WALDRON, CLERK
APR 9 - 2013
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Chapter 7

Case No.  12-35222-DHS

Hearing Date: April 9, 2013
Hearing Time: 10:00 a.m.
Oral Argument: Requested

## ORDER GRANTING MOTION MODIFYING THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

4/9/13

00229768 - 1

Page 2
Debtor: Hector F. Acebedo
Case No. 12-35222 (DHS)
Caption of Order: Order Granting Motion For Relief From Automatic Stay

**THIS MATTER** having been opened to the Court upon the Motion of Alternate Capital, LLC ("Alternate Capital") for an Order granting Alternate Capital Relief from the Automatic Stay (the "Motion"); and the Court having considered the pleadings submitted in connection with the Motion and the arguments of counsel; and for other good cause having been shown; and due and proper notice having been provided;

**IT IS ORDERED** as follows:

1. The Motion is granted in its entirety.

2. Stay Relief is granted to Alternate Capital to continue prosecuting its foreclosure of the real property located at 133 Brunswick Avenue, Jersey City, New Jersey.

3. The Court finds that the bankruptcy filing of Hector F. Acebedo was "part of a scheme to delay, hinder, and defraud creditors" involving "multiple bankruptcy filings affected the above-referenced real property and that, accordingly, that this Order shall be binding in any other case under Title 11 purporting to affect such real property for a period of two years after the date of the entry of this Order.